UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LLOYD TILLY, JR.                                    CIVIL ACTION

VERSUS                                              NO. 13-6540-HGB-SS

CAROLYN W. COLVIN, ACTING
COMMISSIONER SOCIAL SECURITY
ADMINISTRATION

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the complaint of the plaintiff, Lloyd Tilly, Jr., be dismissed without prejudice each party to bear its own costs.

New Orleans, Louisiana, this 2nd day of July, 2014.

_____
United States District Judge